UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LAUREATUS GROUP, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, JANET YELLEN, in her official capacity as the Secretary of the United States Department of the Treasury; MERRICK GARLAND, in his official capacity as the Attorney General of the United States; DEPOSITORY TRUST COMPANY, a New York limited purpose trust company; DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; JOHN DOE Nos. 1 to 25, and the UNITED STATES OF AMERICA,<br><br>      Defendants. | Case No. 1:22-cv-02103-RC |

### MOTION AND STATEMENT OF POINTS AND AUTHORITIES TO BE RELIEVED AS COUNSEL AND TO ALLOW PLAINTIFF 45 DAYS TO OBTAIN NEW COUNSEL AND RESPOND TO THE GOVERNMENT'S MOTION TO DISMISS; DECLARATION OF KAREN BABER IN SUPPORT

      The Azat Law Group (the "Firm") and its attorney Michael Azat, pursuant to the Local Rules of The United States District Court for the District Of Columbia for civil proceedings ("LCvR") 83.6(c), hereby files this Motion to Withdraw as Counsel in this case and to request that the Court allow plaintiff 45 days to obtain new counsel and to respond to the government's pending Motion to Dismiss the Amended Complaint (the "Motion").  Good cause exists to grant this motion for the following reasons.

      Given the attorney-client privilege, counsel for plaintiff cannot disclose the specific underlying issues with the attorney-client relationship.  However, without breaching the attorney-client relationship, plaintiff has decided to discharge Mr. Azat as its counsel of record in

this matter and seeks to obtain new counsel to represent it going forward. *See* District of Columbia Rules of Professional Conduct, Rule 1.16. Plaintiff informed Mr. Azat of its decision on March 2, 2024, and Mr. Azat immediately filed this motion thereafter. Thus, Mr. Azat must withdraw as counsel immediately, and asks that the Court allow plaintiff 45 days to obtain new counsel and extend plaintiff's deadline to respond to the government's Motion so that plaintiff will not be prejudiced by its decision to discharge Mr. Azat.

A trial date has not yet been set and there are no scheduling issues that would militate against the granting of this Motion to Withdraw. Further, and because it was plaintiff's decision to discharge Mr. Azat as its counsel, granting this motion will not be unfairly prejudicial to any party nor otherwise be contrary to the interests of justice. *See* Local Civ. R. 83.6(d).

This motion is not being filed for impermissible reasons of delay.

WHEREFORE, for the foregoing reasons, counsel for plaintiff respectfully requests entry of an order granting leave to withdraw from its representation of plaintiff, and that the Court allow plaintiff 45 days to obtain new counsel and extend plaintiff's deadline to respond to the government's pending Motion.

A proposed order is attached.

Dated: March 5, 2024

      /s/ Michael Azat

**The AZAT LAW GROUP**

Michael O. Azat (Bar No. CA00156)
600 S. Lake Ave., Ste 410
Pasadena, CA 91106
Phone: (626) 696-3400
mike.azat@azatlaw.com
*Attorney for Plaintiff Laureatus Group LLC*

## DECLARATION OF KAREN BABER

1. I, Karen Baber, am the Managing Member of the Laureatus Group, LLC ("plaintiff"), the plaintiff in the action *Laureatus Group, LLC v. United States Department of the Treasury, et al.*, Case No. 1:22-cv-02103-RC.  I make this declaration in support of Michael Azat's Motion to Withdraw as Counsel of record for plaintiff in the action.

2. On March 2, 2024, I informed Mr. Azat that plaintiff has elected to discharge him as counsel of record in the action and requested that he bring the instant motion to relieve him as its counsel and allow plaintiff 45 days to obtain new counsel and extend plaintiff's deadline to: (a) respond to the government's pending Motion to Dismiss the Amended Complaint ("Motion"); or (b) pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, dismiss the case without prejudice so that plaintiff may refile a complaint if it chooses to do so.

3. The decision to discharge Mr. Azat as its counsel was made by me, and I request that the Court please allow Mr. Azat to withdraw as counsel and to allow plaintiff sufficient time to obtain new counsel and respond to the government's Motion or dismiss the case without prejudice.

4. My phone number is (843) 240-0083, my address is 255 Rolling Ridge Road, Rock Hill, S.C. 29730, and my e-mail address is klkb1951@gmail.com.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 5, 2024.

                                                                   */s/ By Authorization*
                                                                         Karen Baber